*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 3/13/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-00690 |
| DAVID KEVIN SHARP, ) | Chapter 11 |
| ) | Judge Marian F. Harrison |
| Debtor. ) | |

### ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, SETTING HEARING ON CONFIRMATION OF THE PLAN, AND COMBINING THE HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT WITH THE HEARING ON CONFIRMATION OF THE PLAN

THIS MATTER IS BEFORE THE COURT upon the Debtor's *Motion for Order Conditionally Approving Disclosure Statement, Setting Hearing on Confirmation of the Plan, and Authorizing the Hearing on Final Approval of Disclosure Statement to be Combined with the Hearing on Confirmation of the Plan* (the "Motion"). Upon consideration of the Motion and after initial review of the Disclosure Statement, the Court finds that the Motion is well taken and shall be GRANTED. Therefore, **IT IS ORDERED** that:

1. The Disclosure Statement [Docket No. 26] shall be, and hereby is, conditionally approved.

2. The Debtor shall be, and hereby is, authorized to solicit votes for acceptance or rejection of his Chapter 11 Plan [Docket No. 27].

3. \_\_April 10\_\_, 2019 is hereby fixed as the last day for serving ballots accepting or rejecting the *Debtor's Chapter 11 Plan of Reorganization Dated March 12, 2019*.

4. \_\_April 10\_\_, 2019 is hereby fixed as the last day for filing and serving written objections to confirmation of the *Debtor's Chapter 11 Plan of Reorganization Dated*

*March 12, 2019* pursuant to Fed. R. Bankr. P. 3020(b)(1). A copy of any such objection must be served on counsel for the Debtor at the address set forth below and on the United States Trustee.

5. The hearing on confirmation of the *Debtor's Chapter 11 Plan of Reorganization Dated March 12, 2019* shall be held on __April 23__, 2019 at __9:00__ o'clock __a__.m. at the United States Bankruptcy Court for the Middle District of Tennessee, Courtroom 3, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

6. __April 10__, 2019 is fixed as the last day for filing and serving written objections to the final approval of the Disclosure Statement, in accordance with Fed. R. Bankr. P. 3017(a). A copy of any such objection must be served on counsel for the Debtor at the address set forth below and on the United States Trustee.

7. The hearing to consider the final approval of the Disclosure Statement shall be held at the same date, time and place as the hearing on confirmation of the *Debtor's Chapter 11 Plan of Reorganization Dated March 12, 2019* as set forth in Paragraph 5 above.

8. Within three (3) days after entry of this Order, the Debtor shall serve a copy of this Order and Notice, the Disclosure Statement and the Plan of Reorganization in accordance with Fed. R. Bankr. P. 3017 and L.B.R. 3016-2(a).

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ Ned Hildebrand
Griffin S. Dunham
Henry E. ("Ned") Hildebrand, IV
DUNHAM HILDEBRAND, PLLC
1704 Charlotte Avenue, Suite 105
Nashville, TN 37203
615.933.5851
griffin@dhnashville.com
ned@dhnashville.com
*Attorneys for David Kevin Sharp*

- 3 -

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-00690    Doc 31    Filed 03/13/19    Entered 03/13/19 14:48:49    Desc Main Document    Page 3 of 3