MIDDLE DISTRICT OF TENNESSEE

In re: ) Case No.: 19-00690-MH3-11
    <u>David Kevin Sharp</u> ) Judge: Honorable Marian F. Harrison
) Chapter 11
Debtors(s) )
)

MONTHLY OPERATING REPORT FOR MONTH ENDING February 28, 2019
<u>David Kevin Sharp, Debtor in possession</u>
submits its Monthly Operating Report for the period commencing
and ending February 01 - February 28, 2019 as shown by the report and exhibits
containing the following, as indicated:

- ✓ Status of Insurance and Postpetition payments (Attachment 1)

- ✓ Reconcilation of cash and detailed listing of receipts (attachment 2)

- ✓ Detailed listing of disbursements (Attachment 3)

- ✓ Schedule of Post petition Liabilities (Attachment 4)   N/A

- ✓ Summary of Accounts Receivable (attachment 5)   N/A

I declare under penalty of perjury that this report and all attachments are true and
correct to the best of my knowledge and belief.

DEBTOR-IN-POSSESSION

Date:   March 14, 2019     By:   *David Kevin Sharp* (signature)
                                         David Kevin Sharp
                            Title:   Self
                            Address:   3021 St Johns Dr
                                           Murfreesboro, TN 37129
                            Telephone:   615-585-5197
                            Email Address:   ksharp@reelgaming.biz

Attachment 1

CHAPTER 11
MONTHLY OPERATING REPORT
Status of Insurance and Postpetition payments

| CASE NAME: | David Kevin Sharp |
| --- | --- |
| CASE NUMBER: | 19-00690-MH3-11 |
| MONTH OF: | February-19 |

**1** **Insurance:** Is coverage in effect for all tangible assets? **YES**   Are Payments Current? **YES**

| Type | Name of Carrier | Coverage Amount | Policy Number | Expiration Date | Premium Amounts | Date Paid Thru | Premium Amounts |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Home Owner's/Contents | All State | $1,744,412 | 963 058 800 | 05/01/19 | $5,533.41 | 03/01/19 | 5,533 |
| Cadillac Escalade | All State | $500,000 Injury Liability/Value of Vehicle | 963 058 802 | 05/01/19 | $725.84 | 05/01/19 | 726 |
| Life Insurance | Protective Life | $500,000 | B00361771 | 06/09/19 | $1,152.50 | 06/09/19 | 1,153 |

**Total**  7,412

**2** Postpetition Payments List any postpetition payments to professionals and payments on prepetition debts in the schedule below (attach separate sheet if necessary).

| Payments To/On | Amount | Date | Explanation |
| --- | --- | --- | --- |
| None this period | | | |

**Total** $0.00

**Prepetition Debts:**

| Payments To/On | Amount | Date | Explanation |
| --- | --- | --- | --- |
| None this period | | | |

**Total** $0.00

# CHAPTER 11
## MONTHLY OPERATING REPORT
### Reconcilation of cash and detailed listing of receipts

| | |
|---|---|
| CASE NAME: | David Kevin Sharp |
| CASE NUMBER: | 19-00690-MH3-11 |
| MONTH OF: | February-19 |

| **Bank Accounts** | **Operating Account** |
|---|---|
| Bank Name | First Tennessee x76920 |
| Account # | |
| **Beginning book balance** | - |
| Plus: Deposits | $12,785.81 |
| (See attached detail listing) | |
| Less: Disbursements | -$3,175.17 |
| (See attached detail listing) | |
| Other: | |
| Transfers In/Out | |
| **Ending Book Balance:** | **$9,610.64** |

**Detail of Receipts:**

| Date | Received From | Explanation | Amount |
|---|---|---|---|
| 2/1/2019 | Joint Bank account | to open DIP account | $5,000.00 |
| 2/1/2019 | Reel Amusements LLC | weekly payroll | $1,385.79 |
| 2/7/2019 | Reel Amusements LLC | weekly payroll | $1,600.00 |
| 2/7/2019 | First TN Bank | Interest Earned | $0.02 |
| 2/15/2019 | Reel Amusements LLC | weekly payroll | $1,600.00 |
| 2/22/2019 | Reel Amusements LLC | weekly payroll | $1,600.00 |
| 2/28/2019 | Reel Amusements LLC | weekly payroll | $1,600.00 |
| **Total Receipts** | | | $12,785.81 |

Attachment 3

CHAPTER 11
MONTHLY OPERATING REPORT
Detailed Listing of Disbursements

CASE NAME: David Kevin Sharp
CASE NUMBER: 19-00690-MH3-11
MONTH OF: Feb-19

**Detail of Disbursements:**

| Date | Check# | Paid To/In Payment of | Amount |
|---|---|---|---|
| 2/15/2019 | Debit Card | iTunes-monthly Youtube service | $4.38 |
| 2/15/2019 | Debit Card | iTunes | $109.74 |
| 2/15/2019 | Debit Card | iTunes-iCloud storage | $2.99 |
| 2/19/2019 | Debit Card | iTunes | $0.99 |
| 2/19/2019 | Debit Card | Dr Appointment-co pay | $50.00 |
| 2/21/2019 | Debit Card | iTunes | $14.26 |
| 2/22/2019 | Debit Card | iTunes | $16.41 |
| 2/25/2019 | Debit Card | Deezy Hot Chicken-Food | $49.65 |
| 2/14/2019 | #1001-A | Publix-Food | $101.00 |
| 2/14/2019 | #1001-B | ADT Alarm-half of cost for household | $25.25 |
| 2/14/2019 | #1001-C | Comcast-Cable-half of cost for household | $141.00 |
| 2/14/2019 | #1001-D | Roof Repairs for residence-half of cost for household | $175.00 |
| 2/14/2019 | #1001-E | M'boro Water Dept-half of cost of household | $41.00 |
| 2/14/2019 | #1001-F | Pest Control-half of cost of household | $65.00 |
| 2/14/2019 | #1001-G | Kroger-Food-half of cost of household | $97.00 |
| 2/14/2019 | #1002 | Toll ticket-FL | $6.00 |
| 2/25/2019 | #1003-A | Monthly dues at Aeriel Dunes in FL-half of cost of household | $261.00 |
| 2/25/2019 | #1003-B | AllState-homeowners insurance -half of cost of household | $292.00 |
| 2/25/2019 | #1003-C | RoseLawn-burial plot | $50.00 |
| 2/25/2019 | #1003-D | Atmos Gas Dept-half of cost of household | $77.00 |
| 2/25/2019 | #1003-E | M'boro Electric Dept -half of cost of household | $134.00 |
| 2/25/2019 | #1003-F | Petsmart--half of cost of household | $74.00 |
| 2/25/2019 | #1004 | Protective Life Insurance-quarterly | $1,152.50 |
| 2/28/2019 | #1005-A | Electric Dept for FL property-half of cost of household | $20.00 |
| 2/28/2019 | #1005-B | M'boro Water Dept-half of cost of household | $34.00 |
| 2/28/2019 | #1005-C | Kroger-Food-half of cost of household | $181.00 |
| | | Total Disbursements | $3,175.17 |

**Check Key**

| | | |
|---|---|---|
| #1001 A-G | $645.25 | Written to Annette Sharp for expenses listed above |
| #1003 A-F | $888.00 | Written to Annette Sharp for expenses listed above |
| #1005 A-C | $235.00 | Written to Annette Sharp for expenses listed above |



**FIRST TENNESSEE**

P.O. BOX 84
MEMPHIS TN 38101

Return Service Requested

00010346 TFTSTRMT030919031320 03 000000000 004 P

KEVIN SHARP
3021 SAINT JOHNS DR
MURFREESBORO TN 37129-5834

| PREMIER CHECKING |  |
|---|---|
| **CUSTOMER INFORMATION** | |
| ACCOUNT NUMBER | 76920 |
| STATEMENT DATE | 03/08/19 |

**CUSTOMER SERVICE INFORMATION**

- Customer Service: 1-800-382-5465
- Visit Us Online: www.firsttennessee.com
- Follow Us On Facebook!
- Follow Us On Twitter!

| ACCOUNT SUMMARY | DATE | BALANCE OF YOUR FUNDS |
|---|---|---|
| PREVIOUS BALANCE | 02/08/19 | $7,985.81 |
| 6 DEPOSITS TOTALING | | $6,594.18 |
| 15 WITHDRAWALS TOTALING | | $3,317.66 |
| NEW BALANCE | 03/08/19 | $11,262.33 |

| INTEREST SUMMARY | |
|---|---|
| ANNUAL PERCENTAGE YIELD EARNED | 0.02% |
| BASED ON AN AVERAGE COLLECTED BALANCE | $9,397.08 |
| INTEREST EARNED | $0.14 |

**CHECKING ACCOUNT TRANSACTIONS**         FOR THE PERIOD FROM 02/09/19 THROUGH 03/08/19

### ACCOUNT HISTORY

| DATE | AMOUNT | DESCRIPTION | CARD # |
|---|---|---|---|
| 02/15 | $1,600.00 | DEPOSIT | 0000 |
| 02/15 | $4.38 | PURCHASE    - PP*ITUNES.COM/<br>402-935-7733  CA<br>DATE 02/13REF # 24492151DS1DMZ388 | 8436 |
| 02/15 | $109.74 | PURCHASE    - PP*ITUNES.COM/<br>402-935-7733  CA<br>DATE 02/13REF # 24492151DS1DMYVFN | 8436 |
| 02/15 | $2.99 | PURCHASE    - PP*ITUNES.COM/<br>402-935-7733  CA<br>DATE 02/13REF # 24492151DS1DMZG37 | 8436 |
| 02/19 | $0.99 | PURCHASE    - PP*ITUNES.COM/<br>402-935-7733  CA<br>DATE 02/16REF # 24492151FS1GQBZJW | 8436 |
| 02/19 | $50.00 | PURCHASE    - VUMC HEART AND<br>NASHVILLE   TN<br>DATE 02/18REF # 24755421JM8ATD4V4 | 8436 |
| 02/21 | $14.26 | PURCHASE    - PP*ITUNES.COM/<br>402-935-7733  CA<br>DATE 02/20REF # 24492151KS0NJF261 | 8436 |
| 02/22 | $1,600.00 | DEPOSIT | 0000 |
| 02/22 | $16.41 | PURCHASE    - PP*ITUNES.COM/<br>402-935-7733  CA<br>DATE 02/21REF # 24492151LS0PJ37JF | 8436 |
| 02/25 | $49.65 | PURCHASE    - PAYPAL *DEEZIE<br>402-935-7733  IL<br>DATE 02/22REF # 24492151NS0S655ZX | 8436 |
| 02/28 | $1,600.00 | DEPOSIT | 0000 |
| 03/01 | $18.99 | PURCHASE    - PAYPAL *HAPPYD<br>402-935-7733  CA<br>DATE 02/28REF # 24492151VS0Z7J5TS | 8436 |
| 03/06 | $194.04 | MOBILE DEPOSIT | 0000 |

Member FDIC

PAGE 1 OF 4

# EASY CHECKBOOK BALANCING

| CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| TOTAL OUTSTANDING CHECKS |  |  |  |  |  |  |  |  |  |

**STEP 1** Update your check register by entering all deposits and withdrawals which appear on this statement, but have not yet been entered into your check register. Be sure to include any service charges, finance charges, or interest credited to your checking account shown on the front of this statement.

**STEP 2** Mark off ( ✓ ) all deposits and withdrawals appearing on this statement in your check register. List any outstanding checks and withdrawals in the space provided above.

**STEP 3** Enter your check register balance. $ _____

**STEP 4** Adjust the balance reported on this statement to match your records.
a. BALANCE OF YOUR FUNDS reported on this statement* $ _____
b. ADD the total of any deposits appearing in your check register but not shown on this statement. + _____
c. SUBTOTAL $ _____
d. SUBTRACT the total of outstanding checks or withdrawals posted in your check register but not shown on this statement. - _____
e. The result is your current balance and should equal the amount in your check register.* $ _____

* HINTS FOR CUSTOMERS WITH FIRST BANKING RESERVE. If this statement shows that your First Banking Reserve line is in use, you may find it helpful to enter your AVAILABLE RESERVE as shown on the front of this statement instead of the BALANCE OF YOUR FUNDS in step 4a. The result you obtain in step 4a will then be your current Available Reserve. You can then subtract this amount from your APPROVED RESERVE to obtain the current amount of First Banking Reserve in Use which should equal the amount in your check register.

## FIRST BANKING RESERVE NOTICE

1. When your First Banking Reserve is in use, Payments (Deposits) and other credits will be applied in the following order (1) to any negative balance, (2) to unpaid INTEREST CHARGE from a previous cycle, (3) to your "First Banking Reserve in Use," (4) to increase the "Balance of Your Funds."
2. The INTEREST CHARGE is computed by multiplying a Monthly Periodic Rate by the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE." The Monthly Periodic Rate and ANNUAL PERCENTAGE RATE are subject to change. Your ANNUAL PERCENTAGE RATE for the cycle will be determined by multiplying your Monthly Periodic Rate by 12. If an INTEREST CHARGE is imposed on First Banking Reserve, an increase in your periodic rate and corresponding ANNUAL PERCENTAGE RATE will result in an increase in that INTEREST CHARGE, and if your new balance exceeds $50 it will result in an increase in your minimum payment.
3. The "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE" for the cycle is calculated by adding the amount of "Reserve In Use" at the close of each day in the cycle, less any unpaid INTEREST CHARGE from a previous cycle and dividing this result by the number of days in the cycle. Any disputed amounts being investigated pursuant to the provisions of Paragraph N of Section II of the Overdraft Services Agreement are excluded in calculating the "Average Daily First Banking Reserve In Use Subject to INTEREST CHARGE."

## BILLING RIGHTS SUMMARY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FIRST BANKING RESERVE BILL

If you think your First Banking Reserve Bill is wrong, or if you need more information about a transaction on your bill, write us at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:
• Your name and account number • The dollar amount of suspected error • Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## SAVINGS TRANSACTION RECORD

### INSTRUCTIONS
PLEASE USE THIS FORM TO RECORD TRANSACTIONS FOR NEXT PERIOD

1. The space at the right is provided for you to enter all deposits and withdrawals made during the next interest period.
2. Keep all deposits and withdrawal receipts so you may compare them with the next statement.
3. A statement covering the next interest period will be mailed to you at the end of that period.
4. **PLEASE NOTIFY BANK PROMPTLY OF ANY CHANGE OF ADDRESS.**

| BALANCE SHOWN ON STATEMENT ⟶ |  |  |  |
|---|---|---|---|
| DATE | WITHDRAWALS | DEPOSITS | BALANCE |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



P.O. BOX 84
MEMPHIS TN 38101

KEVIN SHARP

| | PREMIER CHECKING |
|---|---|

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | **********6920 |
| STATEMENT DATE | 03/08/19 |

| ACCOUNT HISTORY (continued) | | | |
|---|---|---|---|
| DATE | AMOUNT | DESCRIPTION | CARD # |
| 03/07 | $1,600.00 | DEPOSIT | 0000 |
| 03/08 | $0.14 | INTEREST EARNED | 0000 |

| CHECKS PAID SUMMARY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
| 02/15 | 1001 | $645.25 | 02/27 | 1003 | $888.00 | 03/08 | 1005 | $235.00 |
| 02/19 | 1002 | $6.00 | 03/01 | 1004 | $1,152.50 | 03/08 | 1006 | $123.50 |

| DAILY BALANCE SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
| 02/15 | $8,823.45 | 02/19 | $8,766.46 | 02/21 | $8,752.20 | 02/22 | $10,335.79 |
| 02/25 | $10,286.14 | 02/27 | $9,398.14 | 02/28 | $10,998.14 | 03/01 | $9,826.65 |
| 03/06 | $10,020.69 | 03/07 | $11,620.69 | 03/08 | $11,262.33 | | |

### INQUIRY INFORMATION

*ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND DEBIT CARD TRANSACTIONS SHOULD BE DIRECTED TO 1-800-382-5465.
*TO REPORT A LOST/STOLEN DEBIT CARD: CALL 1-800-382-5465 IMMEDIATELY AND FOLLOW THE VOICE PROMPTS, STARTING WITH OPTION #1.
*DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO 1-800-382-5465.
*YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, DEBIT CARD TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO:
FIRST TENNESSEE BANK
P.O. BOX 84
MEMPHIS, TN 38101

### IMPORTANT TAX INFORMATION

NOTICE: YOUR ACCOUNT HAS EARNED AND PAID YTD: $.16
THE YEAR TO DATE INTEREST IS REPORTED FOR TAX PURPOSES.

Member FDIC



**PREMIER CHECKING**

**CUSTOMER INFORMATION**

| ACCOUNT NUMBER | **********6920 |
|---|---|
| STATEMENT DATE | 03/08/19 |

KEVIN SHARP



CK 1001  REF 4000762170  PD 02/15  AMT $645.25

CK 1002  REF 4001597540  PD 02/19  AMT $6.00

CK 1003  REF 4000660520  PD 02/27  AMT $888.00

CK 1004  REF 4000202830  PD 03/01  AMT $1,152.50

CK 1005  REF 4000826080  PD 03/08  AMT $235.00

CK 1006  REF 4000826090  PD 03/08  AMT $123.50



**FIRST TENNESSEE**
P.O. BOX 84
MEMPHIS TN 38101

Return Service Requested

00018648 TFTSTRMT020919031309 03 000000000 003 P

KEVIN SHARP
3021 SAINT JOHNS DR
MURFREESBORO TN 37129-5834

| | PREMIER CHECKING |
|---|---|

### CUSTOMER INFORMATION

| ACCOUNT NUMBER | 76920 |
|---|---|
| STATEMENT DATE | 02/08/19 |

### CUSTOMER SERVICE INFORMATION

- Customer Service: 1-800-382-5465
- Visit Us Online: www.firsttennessee.com
- Follow Us On Facebook!
- Follow Us On Twitter!

### ACCOUNT SUMMARY

| ACCOUNT SUMMARY | DATE | BALANCE OF YOUR FUNDS |
|---|---|---|
| PREVIOUS BALANCE | | $0.00 |
| 3 DEPOSITS TOTALING | | $7,985.81 |
| 0 WITHDRAWALS TOTALING | | $0.00 |
| NEW BALANCE | 02/08/19 | $7,985.81 |

### INTEREST SUMMARY

| ANNUAL PERCENTAGE YIELD EARNED | 0.01% |
|---|---|
| BASED ON AN AVERAGE COLLECTED BALANCE | $6,785.79 |
| INTEREST EARNED | $0.02 |

**CHECKING ACCOUNT TRANSACTIONS**  FOR THE PERIOD FROM    THROUGH 02/08/19

### ACCOUNT HISTORY

| DATE | AMOUNT | DESCRIPTION | CARD # |
|---|---|---|---|
| 02/01 | $6,385.79 | DEPOSIT | 0000 |
| 02/07 | $1,600.00 | DEPOSIT | 0000 |
| 02/08 | $0.02 | INTEREST EARNED | 0000 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 02/01 | $6,385.79 | 02/07 | $7,985.79 | 02/08 | $7,985.81 | | |

### INQUIRY INFORMATION

*ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND DEBIT CARD TRANSACTIONS SHOULD BE DIRECTED TO 1-800-382-5465.
*TO REPORT A LOST/STOLEN DEBIT CARD: CALL 1-800-382-5465 IMMEDIATELY AND FOLLOW THE VOICE PROMPTS, STARTING WITH OPTION #1.
*DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO 1-800-382-5465.
*YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, DEBIT CARD TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO:
FIRST TENNESSEE BANK
P.O. BOX 84
MEMPHIS, TN 38101

Member FDIC

PAGE 1 OF 3
Case 3:19-bk-00690   Doc 34   Filed 03/15/19   Entered 03/15/19 12:58:19   Desc Main
Document    Page 9 of 11

# EASY CHECKBOOK BALANCING

| CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| **TOTAL OUTSTANDING CHECKS** | | | | | | | | |  |

**STEP 1** Update your check register by entering all deposits and withdrawals which appear on this statement, but have not yet been entered into your check register. Be sure to include any service charges, finance charges, or interest credited to your checking account shown on the front of this statement.

**STEP 2** Mark off ( ✓ ) all deposits and withdrawals appearing on this statement in your check register. List any outstanding checks and withdrawals in the space provided above.

**STEP 3** Enter your check register balance. $ _____

**STEP 4** Adjust the balance reported on this statement to match your records.
a. BALANCE OF YOUR FUNDS reported on this statement* $ _____
b. ADD the total of any deposits appearing in your check register but not shown on this statement. + _____
c. SUBTOTAL $ _____
d. SUBTRACT the total of outstanding checks or withdrawals posted in your check register but not shown on this statement. - _____
e. The result is your current balance and should equal the amount in your check register.* $ _____

* HINTS FOR CUSTOMERS WITH FIRST BANKING RESERVE. If this statement shows that your First Banking Reserve line is in use, you may find it helpful to enter your AVAILABLE RESERVE as shown on the front of this statement instead of the BALANCE OF YOUR FUNDS in step 4a. The result you obtain in step 4a will then be your current Available Reserve. You can then subtract this amount from your APPROVED RESERVE to obtain the current amount of First Banking Reserve in Use which should equal the amount in your check register.

## FIRST BANKING RESERVE NOTICE

1. When your First Banking Reserve is in use, Payments (Deposits) and other credits will be applied in the following order (1) to any negative balance, (2) to unpaid INTEREST CHARGE from a previous cycle, (3) to your "First Banking Reserve in Use," (4) to increase the "Balance of Your Funds."
2. The INTEREST CHARGE is computed by multiplying a Monthly Periodic Rate by the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE." The Monthly Periodic Rate and ANNUAL PERCENTAGE RATE are subject to change. Your ANNUAL PERCENTAGE RATE for the cycle will be determined by multiplying your Monthly Periodic Rate by 12. If an INTEREST CHARGE is imposed on First Banking Reserve, an increase in your periodic rate and corresponding ANNUAL PERCENTAGE RATE will result in an increase in that INTEREST CHARGE, and if your new balance exceeds $50 it will result in an increase in your minimum payment.
3. The "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE" for the cycle is calculated by adding the amount of "Reserve In Use" at the close of each day in the cycle, less any unpaid INTEREST CHARGE from a previous cycle and dividing this result by the number of days in the cycle. Any disputed amounts being investigated pursuant to the provisions of Paragraph N of Section II of the Overdraft Services Agreement are excluded in calculating the "Average Daily First Banking Reserve In Use Subject to INTEREST CHARGE."

## BILLING RIGHTS SUMMARY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FIRST BANKING RESERVE BILL

If you think your First Banking Reserve Bill is wrong, or if you need more information about a transaction on your bill, write us at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:
- Your name and account number • The dollar amount of suspected error • Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## SAVINGS TRANSACTION RECORD

### INSTRUCTIONS
1. The space at the right is provided for you to enter all deposits and withdrawals made during the next interest period.
2. Keep all deposits and withdrawal receipts so you may compare them with the next statement.
3. A statement covering the next interest period will be mailed to you at the end of that period.
4. **PLEASE NOTIFY BANK PROMPTLY OF ANY CHANGE OF ADDRESS.**

PLEASE USE THIS FORM TO RECORD TRANSACTIONS FOR NEXT PERIOD

| BALANCE SHOWN ON STATEMENT → | | | |
|---|---|---|---|
| DATE | WITHDRAWALS | DEPOSITS | BALANCE |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



**FIRST TENNESSEE**
P.O. BOX 84
MEMPHIS TN 38101

KEVIN SHARP

| PREMIER CHECKING | |
|---|---|
| **CUSTOMER INFORMATION** | |
| ACCOUNT NUMBER | **********6920 |
| STATEMENT DATE | 02/08/19 |

**IMPORTANT TAX INFORMATION**

NOTICE: YOUR ACCOUNT HAS EARNED AND PAID YTD: $.02
THE YEAR TO DATE INTEREST IS REPORTED FOR TAX PURPOSES.