*Marian F. Harrison*
US Bankruptcy Judge

Dated: 7/10/2019



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-00690 |
| DAVID KEVIN SHARP, ) | Chapter 11 |
| ) | Judge Marian F. Harrison |
| Debtor. ) | |

**ORDER GRANTING MOTION FOR FINAL DECREE, APPROVAL OF FINAL ACCOUNTING, AND ORDER CLOSING CASE, SUBJECT TO REOPENING UPON PLAN COMPLETION FOR THE DEBTOR TO OBTAIN A DISCHARGE**

THIS MATTER IS BEFORE THE COURT upon the *Motion for Final Decree, Final Accounting, and Order Closing Case, Subject to Reopening Upon Plan Completion for the Debtor to Obtain a Discharge* (the "Motion") filed by Debtor David Kevin Sharp (the "Debtor"). It appearing to the Court that a copy of said Motion was served upon all creditors and parties in interest and that no objections were filed, and it further appearing that the relief requested in the Motion is appropriate, the Court finds that good cause exists to grant the Motion. Accordingly, it is hereby ORDERED as follows:

1. The Motion is hereby GRANTED;

2. The final accounting set forth in the Motion is hereby APPROVED;

3. This bankruptcy case shall be, and hereby is, CLOSED.

4. The Debtor shall be authorized to reopen the case upon completion of his Chapter 11 Plan to obtain a discharge pursuant to 11 U.S.C. §§ 1141(d).

5. This Order shall not prohibit proper requests to reopen the case to pursue relief available under 11 U.S.C. § 350.

IT IS SO ORDERED

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, IV
Griffin S. Dunham
Henry E. ("Ned") Hildebrand, IV
DUNHAM HILDEBRAND, PLLC
2416 21ST Avenue South, Suite 303
Nashville, TN 37212
615.933.5851
griffin@dhnashville.com
ned@dhnashville.com
*Counsel for the Debtor*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.